UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRAHAM SHALOM YEMINI, <br><br> Plaintiff, <br><br> vs. <br><br> VIACOM INC., et al., <br><br> Defendants. | **STIPULATION TO DISCONTINUE ACTION WITH PREJUDICE** <br><br> CIVIL NO.: 1:20-cv-01386-JGK |

**IT IS HEREBY AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same is discontinued with prejudice, without costs to either party as against the other. This discontinuance may be filed without further notice with the Clerk of the Court.

This discontinuance with prejudice and dismissal may be executed in duplicate original, and when taken together shall be deemed one original.

Dated: June 19, 2020

Usten Law, P.C.
Attorneys for Plaintiff
**Avraham Shalom Yemini**



By:  Vitaliy Usten, Esq.
99-12 Metropolitan Avenue
Forest Hills, New York 11375
Tel. (718) 674- 6905
Email: vusten@ustenlaw.com

Ballard Spahr LLP
Attorneys for Defendants
**Viacom Inc., Viacom International Inc., and Geoff James Nugent**



By: Jay Ward Brown, Esq.
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel. (202) 508 1136
Email: brownjay@ballardspahr.com

The Clerk is directed to enter judgment and to close the case.
SO ORDERED.

New York, NY
June 22, 2020

/s/ John G. Koeltl
John G. Koeltl
U.S.D.J.