**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AVRAHAM SHALOM YEMINI,
                Plaintiff,

    -against-                                           20 **CIVIL** 1386 (JGK)

## JUDGMENT

VICOM INC., et al.,
                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 22, 2020, By and between the attorneys of record for all parties to the above action, have stipulated that the above entitled action be, and the same is discontinued with prejudice, without costs to either party as against the other. Judgment is hereby entered, and the case is closed.

**Dated:**  New York, New York
           June 23, 2020

                                                            **RUBY J. KRAJICK**
                                                            _____
                                                                   Clerk of Court
                                             **BY:**
                                                                      Deputy Clerk